UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20280-CR-SMITH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SAMMY GERKINSON-ALCANTARA,

      Defendant.

_____/

**DEFENDANT'S OBJECTIONS TO THE
PRESENTENCE INVESTIGATION REPORT**

The Defendant, Sammy Gerkinson-Alcantara, through undersigned counsel, respectfully submits the following objections to the Presentence Investigation Report ("PSI") filed in this case:

The Defendant has provided a safety valve statement pursuant to § 5C1.2 of the United States Sentencing Guidelines.   This statement is currently under review by the Assistant United States Attorney.   The PSI, however, concludes prematurely in Paragraph 34 that the Defendant has not satisfied the criterion under subdivision (5) of § 5C1.2(a).   The Defendant requests that the PSI acknowledge the submission of this statement and defer its conclusion regarding the safety valve until the Assistant United States Attorney completes their review.

1

The Defendant objects to the PSI's assessment in Paragraph 30, which fails to assign a mitigating role adjustment under § 3B1.2.   Mr. Gerkinson-Alcantara's role in the offense was minimal, as he acted at the direction of others, lacked decision-making authority, and had no prior involvement in drug trafficking.   As such, the Defendant qualifies for a minor role reduction, which would further adjust the Total Offense Level downward.   The PSI places undue emphasis on the quantity of drugs involved in the offense as the sole determinant of culpability.   This approach overemphasizes one aspect of the offense without accounting for the Defendant's individual characteristics or circumstances.   The PSI also neglects to account for the Defendant's economic hardship and the coercive circumstances that may have influenced his involvement in the offense.   These factors warrant further consideration and support a more lenient sentence that reflects the Defendant's limited role and personal history.

The Defendant also objects to the omission of an explicit recommendation against the imposition of a fine, in light of his financial condition. As detailed in Paragraphs 69–72, Mr. Gerkinson-Alcantara has no assets, income, or financial resources and is therefore unable to pay a fine.   The Defendant requests that the PSI recommend against the imposition of a fine pursuant to § 5E1.2(a).

Finally, the Defendant objects to the Total Offense Level calculation in Paragraph 44 and the resulting guideline range in Paragraph 74.   If the safety valve reduction under § 2D1.1(b)(18) is applied, the Total Offense Level will be reduced by two levels, yielding a guideline range below the statutory minimum.   The Defendant

2

requests that the PSI be revised to reflect this adjustment upon confirmation of safety valve eligibility.

Additionally, during the last five fiscal years (FY2019-2023), there were 488 defendants whose primary guideline was § 2D1.1, and Powder Cocaine was the primary drug type, with a Final Offense Level of 31 and a Criminal History Category of I, after excluding defendants who received a § 5K1.1 substantial assistance departure.   For the 488 defendants (100%) who received a sentence of imprisonment in whole or in part, the average length of imprisonment imposed was 89 months, and the median length of imprisonment imposed was 87 months.   The Defendant requests that this data be considered in the determination of his sentence.

WHEREFORE, the Defendant respectfully requests that these objections be addressed and incorporated into the addendum to the Presentence Investigation Report.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By:     s/ *Allari Dominguez*
Assistant Federal Public Defender
Florida Bar No. 98383
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301-1842
Tel: 954-356-7436
E-Mail: Allari_Dominguez@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/ ***Allari Dominguez***, AFPD